STATE OF MINNESOTA
IN SUPREME COURT



FILED

September 3, 2025

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Kamille R. Dean, a Minnesota Attorney,
Registration No. 0344394.

O R D E R

In our February 11, 2025 order, we suspended respondent Kamille R. Dean from the practice of law for a minimum of 60 days, effective 14 days from the date of the order. In that order, we stated that by February 11, 2026, respondent must file with the Clerk of the Appellate Courts and serve upon the Director of the Office of Lawyers Professional Responsibility proof of successful completion of the written examination required for admission to the practice of law by the Minnesota State Board of Law Examiners on the subject of professional responsibility—the Multistate Professional Responsibility Examination (MPRE). *See* Rule 4.A.(5), Rules for Admission to the Bar.

Respondent has filed an affidavit seeking reinstatement in which she states that she has complied with the terms of our order regarding reinstatement. In her affidavit, respondent also states that she took and passed the MPRE.

The Director does not oppose respondent's request to be reinstated. The Director notes, however, that respondent has not filed proof that she successfully completed the MPRE.

1

We agree that respondent should be conditionally reinstated to the practice of law, but we also agree that respondent has not complied with the requirement to file proof of her successful completion of the MPRE. Filing a copy of the notice respondent received from the National Conference of Bar Examiners stating the date respondent took the MPRE and the score she received would satisfy this requirement.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Kamille R. Dean is conditionally reinstated to the practice of law in the State of Minnesota subject to her successful completion of the written examination required for admission to the practice of law by the Minnesota State Board of Law Examiners on the subject of professional responsibility.

2.      Respondent is placed on probation for a period of 1 year, subject to the following terms and conditions:

   a.      Respondent must cooperate fully with the Director's Office in its efforts to monitor compliance with this probation. Respondent must promptly respond to the Director's correspondence by its due date. Respondent must provide to the Director a current mailing address and must immediately notify the Director of any change of address. Respondent must cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent must provide authorization for release of information and documentation to verify compliance with the terms of this probation.

   b.      Respondent must abide by the Minnesota Rules of Professional Conduct.

3.      By February 11, 2026, respondent must file with the Clerk of the Appellate Courts and serve upon the Director proof of respondent's successful completion of the

2

written examination required for admission to the practice of law by the Minnesota State Board of Law Examiners on the subject of professional responsibility.  Failure to do so will result in automatic suspension, pending proof of successful completion of the examination, under Rule 18(e)(3), Rules on Lawyers Professional Responsibility.

Dated:  September 3, 2025

BY THE COURT:

Gordon L. Moore, III
Associate Justice